■ ANNA BALDASSANO, as Administratrix of the Estate of ANTONIO ZINNA, Deceased, v. CITY OF NEW YORK et al.— Motion for leave to reargue or

for leave to appeal to the Court of Appeals denied. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, McNally, Eager and Bastow, JJ.